**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Airbus DS Optronics GmbH,<br><br>     Plaintiff,<br><br>v.<br><br>Nivisys LLC, et al.,<br><br>     Defendants. | No. CV-14-02399-PHX-JAT<br><br>**ORDER** |

  Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Airbus DS Optronics GmbH ("Airbus") and non-party First Texas Holdings Corporation ("First Texas") have stipulated and agreed to the entry of the following Stipulated Order applying the terms of the Protective Order, previously entered by this Court on June 30, 2015, to the production of documents by non-party First Texas to Airbus in response to Airbus's Subpoena, dated January 21, 2015, served on First Texas.  The Court has previously found that this action may involve trade secrets and other valuable research, development, commercial, financial and technical and/or proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted.  Accordingly, in order to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information that First Texas is entitled or required to keep confidential, and to ensure that the parties are permitted reasonably necessary uses of such materials in

preparation for and in the conduct of trial,

**IT IS ORDERED** approving the stipulation filed at Doc. 100.

**IT IS FURTHER ORDERED** that the Protective Order entered at Doc. 92 shall apply to the production of documents by non-party First Texas Holdings Corporation pursuant to the subpoena served on First Texas Holdings Corporation by Plaintiff Airbus in this action.

**IT IS FURTHER ORDERED** that the definition of "Documents" in the Protective Order entered at Doc. 92 is clarified, as applied to First Texas Holdings Corporation, to specifically include electronically-stored information, electronically-stored documents, and hard copies of documents. Nothing in this clarification is intended to affect the definition of "Documents" in the Protective Order as it applies to other non-parties or parties.

Dated this 17th day of September, 2015.

James A. Teilborg
Senior United States District Judge