WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hensoldt Optronics GmbH, | No. CV-14-02399-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Nivisys LLC, et al., | |
| Defendants. | |

Having considered the briefs of the parties, Defendants' request (Doc. 396) to present an out-of-state representative of CapitalSource Finance, LLC ("CapSource") via video teleconference is hereby denied.

The Court finds significant that the witness is, and at all times has been, beyond the Court's subpoena power. Defendants state that the witness has not agreed to voluntarily appear; there is no suggestion that the witness ever agreed to appear and then changed his intentions. (*See* Doc. 396 at 2). Though Defendants suggest that exhibits, including impeachment exhibits, can (and should) be furnished to the witness ahead of time, especially in a documents case, the direct examination may demonstrate a need for cross-examination with documents not earlier foreseen. Furnishing the witness with impeachment documents ahead of his direct testimony further detracts from the normal efficacy of impeachment exhibits. Given these considerations, the Court concludes that Defendants failed to show "good cause in compelling circumstances" to allow the witness to testify via video teleconference. Fed. R. Civ. P. 43(a).

Based on the foregoing,

**IT IS ORDERED** that Defendants' request to present an out-of-state representative of CapSource via video teleconference is **DENIED**.

Dated this 30th day of January, 2018.

James A. Teilborg
Senior United States District Judge